# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN M. BELLI, | Case No. 2:13-cv-01839-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| PENNY PRITZLER, | (Docket No. 31) |
| Defendant(s). | |

Pending before the Court is Defendant's Proposed Discovery Plan and Scheduling Order, Docket No. 31, which is **DENIED** for the reasons discussed below. The Local Rules require a meeting between counsel and any *pro se* parties, followed by the submission of a joint proposed discovery plan. *See* Local Rules 26-1(d), 26-1(e). In this instance, it appears that such a meeting did not occur and Defendant filed a discovery plan without input by Plaintiff. *See* Docket No. 31. It appears that this shortcoming has been caused by the inability of Defendant's counsel to contact Plaintiff at his current telephone number or email address. *See id.* at 1.

The Court hereby **ORDERS** Plaintiff to call Defendant's counsel at (702) 388-6336 no later than June 5, 2015. During that telephone call, Plaintiff shall provide Defendant's counsel with a current telephone number and email address through which they can communicate in the future. The parties shall also conduct the Rule 26 conference. A joint proposed discovery plan shall be filed no later than June 11, 2015. If Plaintiff fails to contact Defendant's counsel as ordered above, Defendant shall file a notice so stating no later than June 11, 2015.

1 **The Court CAUTIONS the parties that the failure to comply with the Court's rules and
2 this order can result in the imposition of sanctions, up to and including case-dispositive sanctions.**
3 IT IS SO ORDERED.
4 DATED: May 27, 2015

```
                                  _____
                                  NANCY J. KOPPE
                                  United States Magistrate Judge
```

2