DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
troy.flake@usdoj.gov
Attorneys for the United States.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN M. BELLI, | ) |
| Plaintiff, | ) Case No: 2:13-cv-01839-GMN-NJK |
| v. | ) |
| PENNY PRITZLER, Secretary, United States Department of Commerce, | ) |
| Defendant. | ) |

**MOTION TO EXTEND DISCOVERY DEADLINE**
**(Second Request)**

Pursuant to Local Rule 26-4, and this Court's November 6, 2015 scheduling order, Federal Defendant, Penny Pritzler, Secretary, United States Department of Commerce ("Federal Defendant") respectfully requests that this court extend the dispositive motions and Joint Pretrial Order deadlines for the reasons and as requested herein.

The parties have completed discovery and the current deadline for dispositive motions is February 5, 2016. Counsel for the Federal Defendant is currently out of the office attending to the medical needs of a hospitalized family member whose discharge date is uncertain. Good cause exists for this extension. Accordingly, the Federal Defendant respectfully requests that the Court extend the dispositive motion deadline to March 7, 2016 and extend the deadline for the Joint Pretrial Order to April 6, 2016.

1

1. **Status Report.** This request is made more than twenty one (21) days prior to the current discovery deadline of February 5, 2016. Good cause exists for the requested extension. *See* LR 26-4.

2. **Status/ Discovery Completed.** Discovery in this matter is complete.

3. **Discovery Remaining.** None.

4. **Additional Reasons for Extension.** This extension will allow the parties to pursue settlement negotiations in an effort to save the parties and the Court time and resources.

5. **Revised Discovery Schedule.** Federal Defendant proposes the following revised discovery plan and asks that the Court adopt it as the revised scheduling order in this case.

    A. **Discovery Cut-Off Date.** Discovery in this matter is complete.

    B. **Dispositive Motions.** Dispositive motions shall be filed by **March 7, 2016.**

    C. **Pretrial Order**. The Joint Pretrial Order shall be filed by **April 6, 2016**. However, in the event that dispositive motions are filed, the date for filing a Joint Pretrial Order shall be suspended until thirty (30) days after a decision is rendered by the Court regarding the dispositive motions, or upon further order of the Court.

WHEREFORE, for the above reasons, Federal Defendant respectfully requests the instant Motion extending the dispositive motions and Joint Pretrial order deadlines be granted.

Respectfully submitted this 14th day of January 2016.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Troy K. Flake*
        TROY K. FLAKE
        Assistant United States Attorney

IT IS SO ORDERED:

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE
DATED: January 15, 2016

2