DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
troy.flake@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORMAN M. BELLI, | ) |
| Plaintiff, | ) Case No: 2:13-cv-01839-GMN-NJK |
| v. | ) |
| PENNY PRITZLER, Secretary, United States Department of Commerce, | ) |
| Defendant. | ) |

**MOTION TO CORRECT CAPTION**

    Defendant Penny Pritzker, Secretary, United States Department of Commerce, on behalf of her agency the Bureau of the Census hereby files this Motion to Correct Caption based on the following:

    1.    On or about November 4, 2013, Plaintiff filed his Complaint. ECF #1.

    2.    Due to a scrivener's error, Defendant Pritzker's name was incorrectly entered into the caption as "Pritzler."

1

Accordingly, Defendant Pritzker respectfully requests that the court grant this Motion and direct the clerk's office to correct the caption to reflect the correct spelling of Defendant Pritzker's name.

Respectfully submitted this 21st day of March 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney

IT IS SO ORDERED:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE
DATED: April 11, 2016

**PROOF OF SERVICE**

I, Troy Flake, AUSA, certify that the following individual was served with the **MOTION TO CORRECT CAPTION** on this date and by the below identified method of service:

**U.S. Mail:**

Norman M. Belli
6868 Sky Pointe Drive, Unit 1141
Las Vegas, Nevada 89131

Dated this 21st day of March 2016.

                                                */s/ Troy K. Flake*
                                                TROY K. FLAKE
                                                Assistant United States Attorney