**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORMAN M. BELLI, ) | Case No. 2:13-cv-01839-GMN-NJK |
|         Plaintiff(s), ) | |
| vs. ) | ORDER |
| PENNY PRITZKER, et al., ) | |
|         Defendant(s). ) | |

Due to conflicting duties of the Court, the settlement conference in this case is **ADVANCED** to 9:30 a.m. on January 18, 2017.  The settlement conference statements shall be submitted by January 11, 2017.

Please be advised that the chambers of the undersigned magistrate judge have been relocated to the fourth floor of the Lloyd D. George United States Courthouse, Suite 4068.  Please appear at chambers for the start of the settlement conference.

All other requirements in the order at Docket No. 53 remain unchanged.

IT IS SO ORDERED.

DATED: November 3, 2016

_____
Nancy J. Koppe
United States Magistrate Judge