1

2

3

4

5

6

7

8                                 **UNITED STATES DISTRICT COURT**

9                                        **DISTRICT OF NEVADA**

10

11   NORMAN M. BELLI,                          )
                                               )        Case No. 2:13-cv-01839-GMN-NJK
                         Plaintiff(s),         )
12                                             )        ORDER
     vs.                                       )
13                                             )        (Docket No. 57)
     PENNY PRITZKER, et al.,                   )
14                                             )
                         Defendant(s).         )
15   _____)

16          Pending before the Court is Plaintiff's motion to appear telephonically at the settlement

17   conference.  Docket No. 57.  No response was filed.  The motion is hereby **GRANTED**.  Plaintiff is

18   **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, to facilitate his

19   telephonic appearance at the settlement conference.  Mr. Caytuero can be reached at 702-464-5566.

20          IT IS SO ORDERED.

21          DATED: December 2, 2016

22          _____
            NANCY J. KOPPE
23          United States Magistrate Judge

24

25

26

27

28